# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALSON ALSTON, | : | |
| Appellant, | : | No. 1:17-cv-185 |
| v. | : | Hon. John E. Jones III |
| UNITED STATES TRUSTEE, | : | |
| Appellee. | : | |

## ORDER

## August 9, 2017

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Appeal (Doc. 1) is **DENIED** and both the December 27, 2016 Order and Opinion of the Bankruptcy Court and the January 18, 2017 Order and Opinion of the Bankruptcy Court are **AFFIRMED**.

2. The Clerk of the Court is instructed to **CLOSE** the file on this case.

                                                    s/ John E. Jones III  
                                                    John E. Jones III  
                                                    United States District Judge